THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, et al., <br>                             Plaintiff <br><br> -vs- <br><br> GREAT LAKES CONSTRUCTION CO., an Illinois Corp., <br>                             Defendant <br><br>                 and <br><br> MB FINANCIAL BANK, <br>                           Garnishee Defendant. | Case No. 07C 2885 <br><br> Judge Zagel |

**MOTION FOR JUDGMENT ON GARNISHMENT ANSWER**

      NOW COME the Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, et al., by and through their attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $6,684.78 in favor of Plaintiffs and against Garnishee Defendant, MB FINANCIAL BANK , pursuant to Garnishee's answer to Plaintiffs' garnishment attached hereto, and further to order Garnishee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

                                                          /s/ Robert B. Greenberg
                                                          Asher, Gittler, Greenfield & D'Alba, Ltd.
                                                          200 West Jackson Boulevard
                                                          Suite 1900
                                                          Chicago, Illinois 60606
                                                          (312) 263-1500
                                                          IL ARDC#:  01047558

Dated:  7/23/08